

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

CRAIG HAUSER,                                   09-CV-61301-Cohn/Seltzer

    Plaintiff,

v.

LOCKPORT COLLECTIONS, INC. d/b/a
SOUTHERN CAPITAL ASSOCIATES, INC., and
BRIAN PRESIDE PEUNIC,

    Defendants.

_____/

## COMPLAINT
### JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, LOCKPORT COLLECTIONS, INC. d/b/a SOUTHERN CAPITAL ASSOCIATES, INC., placed telephone calls into this District.

### PARTIES

3. Plaintiff, CRAIG HAUSER, is a natural person and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, LOCKPORT COLLECTIONS, INC. d/b/a SOUTHERN CAPITAL ASSOCIATES, INC., ("LOCKPORT") is a corporation and citizen of the State of New York with its principal place of business at Suite 107, 375 North French Road, Amherst, New York 14228.

5. Defendant, BRIAN PRESIDE PEUNIC, ("BRIAN PEUNIC") is a natural person and a citizen of the State of New York with his principal place of business at Suite 107, 375 North French Road, Amherst, New York 14228.

6. Defendant, BRIAN PEUNIC, is the president of, officer of, director of and manages LOCKPORT.

7. Defendant, BRIAN PEUNIC, exercises supervisory authority over LOCKPORT and is intimately involved with the practices and procedures of LOCKPORT.

8. Defendant, BRIAN PEUNIC, makes all decisions regarding the practices and procedures of LOCKPORT and implemented the practices and procedures complained of herein.

9. Defendant, BRIAN PEUNIC, individually and in his capacity as president, officer, and director of LOCKPORT, formulated, directed, controlled,

2

and approved of the practices and procedures of LOCKPORT including those complained of herein.

10. Defendant, BRIAN PEUNIC, is personally liable for the practices and procedures complained of herein.

## FACTUAL ALLEGATIONS

11. Defendants sought to collect from Plaintiff an alleged debt arising from transactions incurred primarily for personal, family and household purposes.

12. Defendant, LOCKPORT, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

13. Defendant, BRIAN PEUNIC, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

14. Defendant, LOCKPORT, regularly collects or attempts to collect debts for other parties.

15. Defendant, LOCKPORT, is a "debt collector" as defined in the FDCPA.

16. Defendant, BRIAN PEUNIC, is a "debt collector" as defined in the FDCPA.

17. Other debt collectors including but not limited to Defendant, LOCKPORT, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of BRIAN PEUNIC.

3

18. Defendant, LOCKPORT, left the following messages on Plaintiff's residential telephone on or about the dates stated:

<u>August 4, 2008</u>
Hello. This is a very important call for Craig Hauser. Please call us back at 866-443-2604 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

<u>August 8, 2008</u>
Hello. This is a very important call for Craig Hauser. Please call us back at 866-443-2605 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

<u>August 11, 2008</u>
Hello. This is a very important call for Craig Hauser. Please call us back at 866-443-2605 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

<u>August 14, 2008</u>
Hello. Hello. Hello. Hello. This is a very important call for Craig Hauser. Please call us back at 866-443-2606 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

<u>August 15, 2008</u>
Hello. This is a very important call for Craig Hauser. Please call us back at 866-443-2606 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

<u>August 20, 2008</u>
Hello. This is a very important call for Craig Hauser. Please call us back at 800-440-2296 to resolve a business matter. Our hours are 8 AM to 9 PM Monday through Thursday and 8 AM to 5 PM on Friday. We look forward to speaking with you. Thank you. Goodbye.

19.     Defendant, LOCKPORT, left similar or identical messages for Plaintiff on other occasions. (Collectively, "the telephone messages").

20.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

21.     Defendant, LOCKPORT, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

22.     Plaintiff incorporates Paragraphs 1 through 21.

23.     Defendant, LOCKPORT, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

       a.     Damages;

       b.     Attorney's fees, litigation expenses and costs of suit; and

       c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

24. Plaintiff incorporates Paragraphs 1 through 21.

25. Defendant, LOCKPORT, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of its communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 21.

27. By failing to disclose that it is a debt collector and the purpose of its communication, Defendant, LOCKPORT, willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

6

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## DECLARATORY AND INJUNCTIVE RELIEF

28.    Plaintiff incorporates Paragraphs 1 through 21.

29.    Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks injunctive relief.

30.    Pursuant to the FCCPA, Plaintiff seeks a declaration that Defendant's practices violate the FCCPA.

31.    Pursuant to the FCCPA, Plaintiff seeks an injunction prohibiting Defendants from further violation of the FCCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

    a.    permanently injoining Defendants from engaging in the violative practices;

    b.    declaring that Defendant's practices violate the FCCPA; and

    b.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this  19  day of August, 2009.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: _____
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Craig Hauser

**DEFENDANTS**

Lockport Collections, Inc. d/b/a Southern Capital Associates, Inc., and Brian Peunic

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

09cv61301 Cohn/Seltzer

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** ___1-2___ days estimated (for both sides) to try entire case  15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine  **PERSONAL PROPERTY**  ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle  ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | **A FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 790 Other Labor Litigation | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 290 All Other Real Property | | | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | | | | ☒ 890 Other Statutory Actions* *A or B |

**VI. ORIGIN**
☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6. Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A ☒ CLASS ACTION UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A   ☐ Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   DOCKET NUMBER

DATE: August __, 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 547214   Amount: 350.00
Date Paid: ____   M/ifp: ____